UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH MEYER FORTNER,

    Petitioner,

-vs-                                        Case No. 8:04-cv-2408-T-27TGW

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

    This cause is before the Court for consideration of two documents filed by Attorney Michael E. Connell, Florida Bar No. 0644730. On March 15, 2005, Attorney Connell filed an Agreed Motion for Leave of Court to Permit Counsel to File a Limited Appearance on Behalf of Petitioner for Purposes of Filing a Motion for an Evidentiary Hearing and to Represent Petitioner at an Evidentiary Hearing If Granted by this Court (Dkt. 12). On May 10, 2005, Attorney Connell filed Petitioner's Motion for Evidentiary Hearing (Dkt. 15). Attorney Connell has been admitted to practice in this district.

    According to Attorney Connell, he has been asked by Petitioner to "assist him in obtaining an evidentiary hearing and represent him at that hearing" (Dkt. 12 ¶ 2). Attorney Connell acknowledges that he would only be providing "limited" assistance in this regard; Petitioner plans to continue to proceed *pro se* in this matter in all other respects. *Id.*

    Pursuant to 28 U.S.C. § 1654, "parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to

manage and conduct causes therein." In criminal proceedings, the courts have consistently interpreted this statute as stating a defendant's rights in the disjunctive. *See United States v. Mills*, 704 F.2d 1553, 1557 (11th Cir. 1983); *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978 ).[1]

The decision to permit a party to proceed in a hybrid fashion rests in the sound discretion of the court. *Mills*, 704 F.2d at 1557. Local Rule 2.03(d) (M.D. Fla. 2004) provides, in pertinent part, that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court; nor shall any party, having previously elected to proceed in proper person, be permitted to obtain special or intermittent appearances of counsel except upon such conditions as the Court may specify."

The Court finds that Attorney Connell's motion should be denied. Respondent has filed a response to the petition (Dkt. 10), and Petitioner has filed a 51-page reply thereto (Dkt. 14). Rule 8(a), Rules Governing Section 2254 Cases (2004), provides, in pertinent part, that the Court must "review the answer, any transcripts and records of state-court proceedings, and any materials submitted under Rule 7 to determine whether an evidentiary hearing is warranted." In the event that the Court determines that an evidentiary hearing is required, Petitioner will be appointed an attorney to represent him if he qualifies to have counsel appointed under 18 U.S.C. § 3006A. Rule 8(c), Rules Governing Section 2254 Cases (2004).

**ACCORDINGLY**, the Court **ORDERS** that:

---

[1]Fifth Circuit decisions handed down prior to October 1, 1981, are binding precedent upon this Court. *See Bonner v. City of Pritchard, Ala.*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

1. The Agreed Motion for Leave of Court to Permit Counsel to File a Limited Appearance on Behalf of Petitioner for Purposes of Filing a Motion for an Evidentiary Hearing and to Represent Petitioner at an Evidentiary Hearing If Granted by this Court (Dkt. 12) is **DENIED** without prejudice to Attorney Connell filing a general notice of appearance in this matter if Petitioner retains Attorney Connell to represent him, thus waiving his right to proceed *pro se*.

2. The Clerk shall **STRIKE** Petitioner's Motion for Evidentiary Hearing (Dkt. 15) pursuant to Local Rule 2.03(d) (M.D. Fla. 2004). In the event Attorney Connell becomes counsel of record in this matter, he may refile the motion.

**ORDERED** at Tampa, Florida, on  May 16th , 2005.

_____
JAMES D. WHITTEMORE
United States District Judge

SA:jsh
Copy to: All Parties/Counsel of Record

    Attorney Michael E. Connell
    1913 West Sligh Avenue
    Tampa, Florida 33604